DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEROY PEARSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0798

[November 13, 2025]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Frank S. Castor, II, Judge; L.T. Case No. 50-2024-MM010526-AXXX-NB.

Daniel Eisinger, Public Defender, and Devin M. Johnson, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Briana P. Reed, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***